William E. ALSTON, Petitioner—
Appellant,

v.

BAILEY, Assistant Commonwealth
Attorney, Respondent—
Appellee.

No. 06–6090.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 31, 2006.

William E. Alston, Appellant Pro Se.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

William E. Alston seeks to appeal the
district court's order dismissing without
prejudice his petition filed under 28 U.S.C.
§ 2254 (2000). The order is appealable
only if a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.

§ 2253(c)(1)(2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).

We have independently reviewed the record and conclude Alston has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*